| | |
|---|---|
| 1 | THE WHITEHEAD LAW FIRM, L.L.C. |
| 2 | Post Office Box 81007<br>Lafayette, Louisiana<br>Telephone: (337) 740-6006 |
| 3 | |
| 4 | Attorneys for Plaintiffs, James A. and Alice Huffman |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 08-1822 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| James and Alice Huffman, et al,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>Pfizer Inc., et al.<br>　　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

　　　Come now the Plaintiffs, JAMES A. and ALICE HUFFMAN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 4/2/, 2009 | THE WHITEHEAD LAW FIRM, LLC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Clarence Mark Whitehead, III<br>Attorneys for Plaintiffs, James A. and Alice Huffman |
| 5 | DATED: June 24, 2009 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: _____ |
| 8 | | Michelle W. Sadowsky<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009

IT IS SO ORDERED
Judge Charles R. Breyer

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

-2-

PFZR/1035934/1132569v.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Error! Unknown document property name.